# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

RYAN WILLIAMS,

        Plaintiff,

vs.

ALLEGIANT AIR,

        Defendant.

2:19-cv-00276-JAD-VCF

**ORDER**

MOTION FOR EXTENSION OF TIME [ECF NO. 11]

Before the Court is Defendant Allegiant Air's Motion for Extension of Time to Respond to Amended Complaint. (ECF No. 11). For the reasons discussed below, the motion is granted.

An answer or other response to Plaintiff Ryan Williams' amended complaint is due on May 29, 2019. Defendant moves to extend the time to respond to June 21, 2019. (ECF No. 11).

"When an act may or must be done within a specified time, the court may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1); *see also* LR IA 6-1. The Court finds good cause to extend the time for Defendant to respond to Plaintiff's amended complaint.[1] Plaintiff's amended complaint makes many detailed allegations, explaining Defendant's request for a minor extension of time to respond.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to Respond to Amended Complaint (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that Defendant will have until June 21, 2019 to file a response to Plaintiff's amended complaint.

---

[1] The Court is ruling on the motion for extension of time before the time to respond to the motion has expired due to the current deadline being scheduled for May 29, 2019.

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to Local Special Rule 2-2, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party of the party's attorney. **Failure to comply with this Rule may result in dismissal of the action.** *See* LSR 2-2.

IT IS SO ORDERED.

DATED this 28th day of May, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE