1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

10 | RYAN WILLIAMS,

Case No.: 2:19-cv-00276-JAD-VCF

11 |     Plaintiff(s),

**ORDER**

12 | v.

13 | ALLEGIANT AIR,

14 |     Defendant(s).

15       The undersigned issued an order setting an early neutral evaluation. Docket No. 18. It

16 appears that Plaintiff has failed to update his address, as the undersigned's order was returned as

17 undeliverable to Plaintiff. Docket No. 19. "A party, not the district court, bears the burden of

18 keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439,

19 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the

20 local rules require that litigants immediately file with the Court written notification of any change

21 of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See*

22 Local Rule IA 3-1. Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address

23 by July 17, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A**

24 **RECOMMENDATION THAT THIS CASE BE DISMISSED.**

25       IT IS SO ORDERED.

26       Dated: June 28, 2019

27

                                  _____

28                                   Nancy J. Koppe
                                  United States Magistrate Judge