**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RYAN WILLIAMS,

        Plaintiff,

vs.

ALLEGIANT AIR,

        Defendant.

2:19-cv-00276-JAD-VCF

**ORDER**

Before the court is Plaintiff's Motion for Extension of Time to File [sic] Initial Disclosures (ECF NO. 27). Defendant filed a Non-Opposition (ECF NO. 28).

Plaintiff's motion for extension of time is granted. Plaintiff is reminded to consult with defense counsel regarding discovery extensions first. Under LR 26-8, unless the court orders otherwise, written discovery, including discovery requests, discovery responses, deposition notices, and deposition transcripts, must not be filed with the court. Originals of responses to written discovery requests must be served on the party who served the discovery request, and that party must make the originals available at the pretrial hearing, at trial, or when ordered by the court. Likewise, a deposing party must make the original transcript of a deposition available at any pretrial hearing, at trial, or when ordered by the court.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to File [sic] Initial Disclosures (ECF NO. 27) is GRANTED. Plaintiff must serve, not file, his initial disclosures on or before September 3, 2019.

DATED this 23rd day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE