IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RYAN WILLIAMS, | Case No. 2:19-cv-00276-JAD-VCF |
| Plaintiff, | |
| vs. | ORDER TEMPORARILY UNSEALING AUDIO RECORDING |
| ALLEGIANT AIR, | |
| Defendant. | |

Scott M. Mahoney, Esq., requests a transcript of the sealed portion of the record in this case held on September 17, 2019. The transcript is to be prepared by Amber McClane, Certified Court Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Scott M. Mahoney, Esq., as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this __26th__ day of __September__, 2019

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE