FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant, Allegiant Air, LLC

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN WILLIAMS, | Case No. 2:19-cv-00276-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| ALLEGIANT AIR, | ECF No. 41 |
| Defendant. | |

It IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

RYAN WILLIAMS                          FISHER & PHILLIPS LLP

By:_____         By: /s/ Scott M. Mahoney, Esq.
4823 Boulder Highway                    300 South Fourth Street
Apt. 106                                Suite 1500
Las Vegas, NV 89121                     Las Vegas, Nevada 89101
Plaintiff *Pro Se*                      Attorneys for Defendant

## ORDER

Based on the parties' stipulation [41] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 16, 2019